# EXHIBIT "A"

**LAW OFFICES OF DONER & CASTRO, P.C.**
**By: Henry L. Doner, Esquire** - ID 000201986
540 North Route 73
Berlin Township, NJ 08091
(856) 719-8711

Attorney for Plaintiff

| | |
|---|---|
| **NAN LOUISE MOONEY and TIMOTHY MOONEY, h/w** Plaintiffs | SUPERIOR COURT OF NEW JERSEY LAW DIVISION ATLANTIC COUNTY |
| V. | DOCKET NUMBER: ATL L |
| **SAM'S WEST, INC. t/a SAM'S CLUB STORE #8144; WALMART, INC.** Defendants | **COMPLAINT AND JURY DEMAND** |

Plaintiffs, Nan Louise Mooney and Timothy Mooney, husband and wife, residing at 4800 Boardwalk, Unit 2106, Ventnor City, Atlantic County, New Jersey, by way of Complaint against the Defendants, says:

COUNT ONE

1. On or about October 10, 2023, Plaintiff, Nan Louise Mooney, was a business invitee lawfully upon the property of Sam's West, Inc., t/a Sam's Club Store #8144 (hereinafter referred to as "Sam's Club") located at 1025 Black Horse Pike, in the City of Pleasantville, County of Atlantic, State of New Jersey.

2. At the time and place aforesaid, Plaintiff had been shopping for approximately ten minutes, pushing a shopping cart in the aisle between sushi and watermelon. Plaintiff

slipped on a liquid substance upon the floor, holding the handle of the cart until the cart began to tip. Plaintiff let go, causing her to fall to the floor landing upon her knees and her left hand/arm which she extended in an attempt to break her fall, sustaining severe and permanent injury.

3. At the time and place aforesaid, Plaintiff observed a liquid substance on the floor after she got up from her fall. She timely reported the incident to a representative of Defendant.

4.. Defendant, Sam's Club, is a membership warehouse club open to members and the public. It owes the highest duty of care to its members as business invitees, to ensure a safe premises for the members to do that which they were invited to do, which is to shop for products in it's store.

5. Defendant, Sam's Club, breached its duty to the plaintiff by failing to inspect for hazardous conditions upon the floor, failing to provide notice of said conditions to the plaintiff, failing to remediate said conditions that would have or should have been discovered prior to the plaintiff's encounter of the hazardous condition, which breaches constitute negligence of the defendant, which is the proximate cause of plaintiff's accident and injuries.

6. As a result of the negligence aforesaid, the Plaintiff, Nan Louise Mooney, sustained severe personal injuries, internal and external and both temporary and permanent in nature, did suffer, is suffering and may in the future be caused to suffer great pain and discomfort; has been and will in the future be compelled to seek the services of physicians and other medical help in an attempt to cure herself of her said injuries; and in addition was caused

and may in the future be caused to be unable to pursue her normal activities, resulting in a loss of income, and has been otherwise damaged.

**WHEREFORE,** the Plaintiff, Nan Louise Mooney, demands judgment against the defendant, Sam's West, Inc., t/a Sam's Club Store #8144, for damages plus interest and costs of suit.

## COUNT ONE

7. Plaintiff incorporates paragraphs 1-6 as if same were set forth herein at length.

8. Upon information and belief, Walmart, Inc., is the parent company of Defendant, Sam's West, Inc., t/a Sam's Club Store #8144, and is vicariously liable for the conduct of its subsidiary.

**WHEREFORE,** the Plaintiff, Nan Louise Mooney, demands judgment against the defendant, Walmart, Inc., for damages plus interest and costs of suit.

## COUNT TWO

9. Plaintiff incorporates paragraphs 1-8 as if same were set forth herein at length.

10. The Co-plaintiff, Timothy Mooney, at all times herein mentioned was and still is the husband of the Plaintiff, Nan Louise Mooney.

11. By reason of the injuries sustained by the Plaintiff, Nan Louise Mooney, the Co-plaintiff, Timothy Mooney, has been deprived of the services, affection and consortium of the Plaintiff, Nan Louise Mooney, and may in the future will be deprived of such services.

**WHEREFORE,** Plaintiff, Timothy Mooney, demands judgment against the Defendants, Sam's West, Inc., t/a Sam's Club Store #8144 and Walmart, Inc., for damages plus interest and costs of suit.

**JURY DEMAND**

Plaintiff demands trial by a jury of 6 (six) persons.

**DESIGNATION OF TRIAL COUNSEL**

PLEASE TAKE NOTICE that Henry L. Doner, Esquire is hereby designated as trial counsel in the within cause of action.

**INTERROGATORIES**

PLEASE TAKE NOTICE that Plaintiff herein demands answers to Interrogatories pursuant to the Rules of Court.

**DOCUMENTARY DEMAND**

Plaintiff hereby demands that each and every Defendant herein attach true and correct copies of all discoverable material in the possession of Defendant.

**DEMAND FOR DISCOVERY OF INSURANCE COVERAGE**

Pursuant to Rule 4:10(2), demand is hereby made of each Defendant to disclose Plaintiff's counsel whether or not there are any insurance agreements or policies under which any person or firm carrying on an insurance business may be liable to satisfy part or all of a judgement which may be entered in this action or indemnify or reimburse for payments made to satisfy the judgement or provide Plaintiff's counsel with true and correct copies of those insurance agreements or policies, including, but not limited to, any and all declarations sheets. This

demand shall include and cover not only primary coverage, but also any and all excess, catastrophe and umbrella policies.

## NOTICE PURSUANT TO RULES 1:5-1 (a) AND 4:17-4 (c)

Please take notice that the undersigned attorney, counsel for Plaintiff, does hereby demand, pursuant ro Rules 1:5-1 (a) and 4:17-4 (c), that each party herein serving pleadings and interrogatories and receiving answers hereto, serve copies of all such pleadings and answered interrogatories received from any party, including any documents, papers and other material referred to therein, upon undersigned attorney. Please take notice that this is continuing demand.

## CERTIFICATION

I certify that the matter in controversy is not the subject of any other action pending in any Court and is not the subject of a pending arbitration proceeding. Further, there are not other parties who should be joined in this litigation of whom I am aware other than those named herein.

**LAW OFFICES OF DONER & CASTRO, P.C.**

BY: HENRY L. DONER, ESQUIRE

Dated: 9-18-2025

# Civil Case Information Statement

## Case Details: ATLANTIC | Civil Part Docket# L-002674-25

**Case Caption:** MOONEY NAN VS SAM'S WEST, INC.
**Case Initiation Date:** 09/18/2025
**Attorney Name:** HENRY LAWRENCE DONER
**Firm Name:** DONER & CASTRO, PC
**Address:** 540 NORTH ROUTE 73
BERLIN TOWNSHIP NJ 08091
**Phone:** 8567198711
**Name of Party:** PLAINTIFF : Mooney, Nan, L
**Name of Defendant's Primary Insurance Company** (if known): Unknown

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO
**Does this case involve claims related to COVID-19? NO**

**Are sexual abuse claims alleged by: Nan L Mooney? NO**

**Are sexual abuse claims alleged by: Timothy Mooney? NO**

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
**CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION**

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO **Title 59?** NO **Consumer Fraud?** NO **Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

09/18/2025
Dated

/s/ HENRY LAWRENCE DONER
Signed